tor General *Sobeloff*, Assistant Attorney General *Holland*, *Ellis N. Slack*, *John H. Mitchell* and *Joseph M. Howard* for the United States.

No. 649. ROSAIRE *v*. BAROID SALES DIVISION, NATIONAL LEAD Co. C. A. 5th Cir. Certiorari denied. *Earl Babcock* for petitioner. *Harry R. Pugh, Jr.* and *Henry R. Ashton* for respondent.

No. 650. OKLAHOMA EX REL. COMMISSIONERS OF THE LAND OFFICE *v*. MAGNOLIA PETROLEUM Co. C. A. 10th Cir. Certiorari denied. *Mac Q. Williamson*, Attorney General of Oklahoma, *Fred Hansen*, First Assistant Attorney General, and *R. H. Dunn* for petitioner. *Earl A. Brown*, *Chas. B. Wallace* and *James E. Horigan* for respondent.

No. 651. SEAY ET AL. *v*. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Frank B. Stow* and *Robert E. Andrews* for petitioners. *Solicitor General Sobeloff*, Assistant Attorney General *Olney* and *Beatrice Rosenberg* for the United States.

No. 652. WILSON *v*. HOMESTEAD VALVE MANUFACTURING Co. C. A. 3d Cir. Certiorari denied. *Artemas C. Leslie* and *Henry A. Craig* for petitioner. *Charles M. Thorp, Jr.* for respondent.

No. 662. ATLANTIC COAST LINE RAILROAD Co. *v*. CHANCEY. Supreme Court of Florida. Certiorari denied. *Charles Cook Howell*, *Charles Cook Howell, Jr.* and *William M. Howell* for petitioner. *Chester Bedell* for respondent.